UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF No. 13,438**<br><br>(Jointly Administered) |
| HON. WANDA VÁZQUEZ GARCED (in her official capacity), and THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY,<br><br>　　　　Plaintiffs,<br>　v.<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　　Defendant. | Adv. Pro. No. 20-00081-LTS<br><br>**Re: ECF No. 1** |

**NOTICE OF VOLUNTARY DISMISSAL OF
ADVERSARY COMPLAINT FOR DECLARATORY RELIEF RELATED TO ACT 90**

**PLEASE TAKE NOTICE** that, under Federal Rule of Civil Procedure 41(a)(1)(A)(1),

Hon. Wanda Vázquez Garced, in her official capacity as the Governor of the Commonwealth of

Puerto Rico (the "Governor"), and the Puerto Rico Fiscal Agency and Financial Advisory

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Authority ("AAFAF," together with the Governor, the "Plaintiffs"), hereby dismiss this action without prejudice. [Adversary Proceeding No. 20-00081-LTS, Case No. 17-3283, Docket No. 13,438]. On July 16, 2020, defendant the Financial Oversight and Management Board for Puerto Rico notified Plaintiffs that the FOMB will not seek to enjoin the implementation of Act 90. As a result, the Government of Puerto Rico will fully implement Act 90. Therefore, Plaintiffs request that the captioned adversary proceeding be dismissed, without prejudice.

[*Remainder of page intentionally left blank*]

Dated: July 16, 2020
      San Juan, Puerto Rico

Respectfully submitted,

| | |
|---|---|
| /s/ *Peter Friedman* | */s/ Luis C. Marini-Biaggi* |
| John J. Rapisardi<br>William J. Sushon<br>(Admitted *Pro Hac Vice*)<br>**O'MELVENY & MYERS LLP**<br>7 Times Square<br>New York, New York 10036<br>Tel: (212) 326-2000<br>Fax: (212) 326-2061<br><br>-and-<br><br>Peter Friedman<br>(Admitted *Pro Hac Vice*)<br>1625 Eye Street, NW<br>Washington, D.C. 20006<br>Tel: (202) 383-5300<br>Fax: (202) 383-5414<br><br>*Attorneys for Governor Vázquez Garced and the Puerto Rico Fiscal Agency and Financial Advisory Authority* | Luis C. Marini-Biaggi<br>USDC No. 222301<br>Email: lmarini@mpmlawpr.com<br><br>Carolina Velaz-Rivero<br>USDC No. 300913<br>Email: cvelaz@mpmlawpr.com<br><br>**MARINI PIETRANTONI MUÑIZ LLC**<br>250 Ponce de León Ave., Suite 900<br>San Juan, Puerto Rico 00917<br>Tel: (787) 705-2171<br>Fax: (787) 936-7494<br><br>*Co-attorneys for Governor Vázquez Garced and the Puerto Rico Fiscal Agency and Financial Advisory Authority* |